IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUSTIN E. HAND**                                                                        **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 1:14cv293-HSO-RHW**

**CHRISTOPHER EPPS,** *et al.*                                         **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [36] of United States Magistrate Judge Robert H. Walker, entered in this case on January 16, 2015.  The Court, after a full review and consideration of the Magistrate Judge's Proposed Findings of Fact and Recommendation [36], the record as a whole, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of February, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE